HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERNEST LEE BRAZZEL,

                    Petitioner,

        v.

ALICE PAYNE,

                    Respondent.

Case No. C04-5892 RBL

ORDER

        THIS MATTER comes on before the above-entitled Court upon Petitioner's filing of a Notice of Appeal.

        Having considered the entirety of the records and file herein, the Court rules as follows:

        In order for the Court of Appeals to proceed on petitioner's Notice of Appeal, this Court must issue a Certificate of Appealability.  28 U.S.C. § 2253(c)(1).  For the reasons stated in the Magistrate Judge's Report and Recommendation [Dkt. #23], this Court declines to issue a Certificate of Appealability because the petitioner has not made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).  Furthermore, petitioner's Motion to Proceed *In Forma Pauperis* on Appeal [Dkt. #28] and Motion for Appointment of Counsel [Dkt #29] are **DENIED.**

ORDER
Page - 1

1    **IT IS SO ORDERED.**

2         The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

3  pro se.

4         Dated this 2nd day of December, 2005.

5

6         _____
          RONALD B. LEIGHTON

7         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2